FILED
CLERK, U.S. DISTRICT COURT

NOV -7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ✓ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                          Plaintiff,  )  CASE NO. 11-2673M
                          v.  )
                           )  ORDER OF DETENTION

Melissa Espinoza )  [Fed. R. Crim. P. 32.1(a)(6);
                        Defendant.  )  18 U.S.C. § 3143 (a)]

### I.

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern Dist Cal for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____ prior FTA _____

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____ DRUG USE _____

IT IS THEREFORE ORDERED that the defendant be detained pending further revocation proceedings.

Dated: Nov 7, 2011

MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE